# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 PO 2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| KAREN W. LEDFORD, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the Court on Defendant's Unopposed Motion to Continue CVB Trial (# 13). Defendant seeks to continue her CVB trial, currently set for September 26, 2018, to the October CVB Asheville trial calendar date. Id. at 1. Defense counsel wants her client to make an informed decision and believes that this cannot be done unless and until the Government completes its review of defense's claims. Id. at 1. Assistant United States Attorney Richard Edwards does not object to a continuance of the trial to the October date. Id. at 3.

Defendant has presented sufficient reasons for the relief she seeks. Therefore, Defendant's Unopposed Motion to Continue CVB Trial (# 13) is GRANTED. **Defendant's case is to be continued to the October 17, 2018 CVB term.**

Signed: September 26, 2018

Dennis L. Howell
United States Magistrate Judge